**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 06-7704

———————

RODERICK JOE,

Plaintiff - Appellant,

versus

WILLIAM B. FUNDERBURK, Clerk of Court for
Marlboro County; ROBERT E. WARD, Deputy
Director; DIVISION OF MEDICAL AND HEALTH
SERVICES; ROBERT E. PETERSON, Deputy General
Counsel; JOHN DAVIS; BARNEY LOYD, Associate
Warden; WHITNEY SMITH, Captain; LIEUTENANT
COIDEN; SERGEANT LUX; SERGEANT ARFLIN; OFFICER
GLENN; J. C. COUNTS, Associate Warden; RICHARD
C. BEARDEN, MD; SCDC ADA COORDINATOR;
COUNSELOR FOX, Mental Health Counselor at
Evans Correctional Institution; COUNSELOR
MOSES, Mental Health Counselor at Evans
Correctional Institution; DIVISION OF
INVESTIGATIONS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., District
Judge. (8:06-cv-00119-GRA)

———————

Submitted: January 25, 2007          Decided:  January 31, 2007

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————————

Roderick Joe, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Joe appeals the district court's order adopting the magistrate judge's recommendation to dismiss his 42 U.S.C. § 1983 (2000) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Joe v. Funderburk, No. 8:06-cv-00119-GRA (D.S.C. Sept. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED